**PROB 12A**
**(6/21)**

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Alaa Covington                    Cr.: 22-00095-001
                                                                         PACTS #: 7349011

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/02/2022

Original Offense:    Count One: Use of Communications Facility in Furtherance of Narcotics Offense, 21
                     U.S.C.843(b)

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Financial Disclosure, Location Monitoring Program, Mental Health Treatment, Other Condition, No New Debt/Credit

Type of Supervision: Probation                    Date Supervision Commenced: 11/02/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**<br><br>On December 9, 2022, Ms. Covington was drug tested during a home visit and was positive for Marijuana. |

Prob 12A – page 2
Alaa Covington

U.S. Probation Officer Action:

Ms. Covington was verbally reprimanded for using Marijuana. This is her first noncompliance report submitted to Your Honor. When questioned, she reports using marijuana to deal with stress and anxiety. The Probation Office has referred Ms. Covington to Oaks Integrated Care in Montclair for a Mental Health evaluation/treatment as directed. Ms. Covington is attending school at Essex County Community College in Newark and working part-time as a security officer in Paterson. At this time, the Probation Office is not recommending any court action to be taken. We will continue to monitor her noncompliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*                12/12/22

KEVIN M. VILLA              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

December 12, 2022
_____
Date